UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Atherholt, Samantha L
(Enter above the full name of plaintiff in this action)

v.

The Equal Opportunity Commission on behalf of the government of the United States
(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO: 1:24-CV-262
(to be supplied by Clerk of the District Court)

M.J. Susan E. Schwab

FILED
HARRISBURG, PA
FEB 13 2024
PER MA
DEPUTY CLERK

COMPLAINT

1. The plaintiff Atherholt, Samantha L a citizen of the County of Dauphin State of Pennsylvania, residing at 425 Fried Drive, Dauphin, PA 17018 wishes to file a complaint under The Equal Opportunity Employment Act of 1972 (give Title No. etc.)

2. The defendant is The Equal Opportunity Commission on behalf of the government of the United States.

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary)

3. (CONTINUED) Over a prolonged period of unemployment inflicted by Cyber Hackings on various digital platforms I became digitally restricted from being able to secure new employment due to current societal practices & trends of accepting online applications as a means of hiring as opposed to paper applications. I physically stopped into numerous large retailers that clearly stated I had to apply online

4. WHEREFORE, plaintiff prays that the EOEA of 1972 is revised to consider discrimination of the following nature:
- economic standing (as a result of unemployment I was struggling to afford gas in my car to get to and from places)
- Technological standing/disadvantage Due to cyber hacking/restrictions, I was unable to use digital devices.

(Signature of Plaintiff)