IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMANTHA L. ATHERHOLT, | : | |
|     Plaintiff | : | No. 1:24-cv-00262 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| EQUAL OPPORTUNITY COMISSION, | : | (Magistrate Judge Schwab) |
|     Defendant | : | |

**ORDER**

    Before the Court is the May 28, 2024 Report and Recommendation of Magistrate Judge Schwab (Doc. No. 5), recommending that the Court dismiss this action upon a statutorily mandated screening review of pro se Plaintiff Samantha L. Atherholt ("Plaintiff")'s complaint (Doc. No. 1) because it fails to state a claim upon which relief can be granted considering Plaintiff's pursuit of relief that the Court cannot provide under our constitutional structure, namely that the Court order the Equal Employment Opportunity Commission ("EEOC") to "revise the Equal Employment Opportunity Act of 1972" (Doc. No. 5 at 2, 6–7).[1] No timely objections to the Report and Recommendation have been filed.

    **AND SO**, on this 18th day of June 2024, upon independent review of the record and applicable law, **IT IS ORDERED THAT**:

    1.    The Court **ADOPTS** Magistrate Judge Schwab's Report and Recommendation (Doc. No. 5);

    2.    Plaintiff's complaint (Doc. No. 1) is **DISMISSED with prejudice**; and

---

[1] Magistrate Judge Schwab's Report and Recommendation notes that, based on the facts alleged in Plaintiff's Complaint, leave to amend would be futile and thus the Court should dismiss Plaintiff's claims with prejudice. See (Doc. No. 5 at 7) (citing Grayson v. Mayview State Hosp., 293 F.3d 103, 114 (3d Cir. 2002)).

3.     The Clerk of Court is directed to **CLOSE** the above captioned action.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
